B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Satvir Kaur , Case No. 20-22175-shl

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BSI Financial Services | Guaranteed Rate, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  314 S Franklin St, 2nd Floor
  Titusville, PA 16354

Court Claim # (if known): 5
Amount of Claim: $414,415.37
Date Claim Filed: 03/20/2020

Phone: 800-327-7861
Last Four Digits of Acct #: 2827

Phone: 866-397-7238
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  314 S Franklin St, 2nd Floor
  Titusville, PA 16354

Phone: 800-327-7861
Last Four Digits of Acct #: 2827

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Nicole LaBletta                    Date: 08/12/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (White Plains)
_____X

In re:                                                               Case No. : 20-22175

         Satvir Kaur                                             Chapter 13

                 Debtor

_____X

     I, Nicole LaBletta, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully certify that I am not a party to this action, am over 18 years of age.

     On August 12, 2020 I electronically filed the foregoing Transfer of Claim with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following and/or by regular first class mail postage prepaid addressed as follows:

Satvir Kaur
11 Arcadia Court
Sloatsburg, NY 10974

Michael H. Schwartz
One Barker Avenue
2nd Floor
White Plains, NY 10601

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

                                                                                   /s/Nicole LaBletta
                                                                                  Nicole LaBletta, Esq.